No. 573. DURFEE ET AL. *v.* CALIFORNIA. Appellate Department, Superior Court of California, County of Los Angeles. Certiorari denied.

No. 587. UNION CARBIDE & CARBON CORP. *v.* ELLIS-FOSTER CO. ET AL. C. A. 3d Cir. Certiorari denied. *James A. Fowler, Jr., John T. Kelton, William P. Reiss* and *William B. Henry, Jr.* for petitioner. *Albert C. Bickford* for respondents. ▮

No. 588. RANDALL, ADMINISTRATRIX, *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Hyman Smollar* and *Eugene Gressman* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Leonard, Morton Hollander* and *Anthony L. Mondello* for the United States. ▮

No. 594. IN RE BROOKS. Supreme Court of Washington. Certiorari denied. *Kenneth A. Cox* for petitioner. *T. M. Royce* for respondent. ▮

No. 601. MCKAY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *John Lucius Echeles* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States. ▮

No. 602. ZUCKERMAN ET AL. *v.* HILL ET AL. Supreme Court of Montana. Certiorari denied. *H. Cleveland Hall* for petitioners. ▮